UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN REBAR CONSULTING INC.,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>HOFFMAN CONSTRUCTION COMPANY OF WASHINGTON,<br><br>Garnishee. | Cause No. MC22-0093RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Western Rebar Consulting Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Hoffman Construction Company of Washington. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on October 27, 2022.

Dated this 31st day of October, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1